UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| ALAN N. VARA, et al., | ) |
| Plaintiffs, | ) ) ) ) |
| v. | ) CIVIL ACTION NO. 1:22-cv-01180 ) MSN-IDD |
| SKANSKA USA BUILDING INC. D/B/A SKANSKA, et al., | ) ) ) |
| Defendants. | ) ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of April, 2023, a copy of the forgoing was filed and served using the Court CM/ECF service and served by electronic mail on all counsel of record.

　　　　　　　　　　　　　　　　　　　　 /s/ Jacob Szewczyk
　　　　　　　　　　　　　　　　　　　　Jacob Szewczyk