IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ALAN VARA., *et al.*,<br>       *Plaintiffs*,<br><br>v.<br><br>SKANSKA USA BUILDING, INC., D/B/A SKANSKA, *et al.*,<br>       *Defendants*. | No: 1:22-cv-01180  (MSN/IDD) |

**ORDER**

This matter comes before the Court on the parties' Joint Motion to Approve the FSLA Settlement Agreement (Dkt. No. 28). Upon consideration of the motion and the accompanying memorandum, the Court finds it just and proper to grant that motion. Accordingly, it is hereby

**ORDERED** that the parties' Joint Motion to Approve the FSLA Settlement Agreement (Dkt. No. 28) is **GRANTED**; it is further

**ORDERED** that the settlement agreement between Plaintiffs and Defendant Skanska USA Building, Inc. is **APPROVED**; and it is further

**ORDERED** that the claims against Defendant Skanska USA Building, Inc. are **DISMISSED WITH PREJUDICE**.

The Clerk is directed to send a copy of this Order to all counsel of record.

**SO ORDERED**.

/s/
Hon. Michael S. Nachmanoff
United States District Judge

Alexandria, Virginia
June 7, 2023