# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| ALAN N. VARA, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CIVIL ACTION NO. 1:22-cv-01180 ) MSN-IDD |
| SKANSKA USA BUILDING INC. D/B/A SKANSKA, et al., | ) ) ) |
| Defendants. | ) ) |

## MOTION TO SHOW CAUSE

Plaintiffs, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 37(b)(2), and Local Civil Rule 37(D), hereby respectfully request that this Court issue an Order directing Defendants DayCJ Plumbing & Mechanical Inc. and Edgar Jimenez to appear before the Court and show cause as to why Defendants should not be held in contempt for violating the Court's July 28, 2023 Order. (Dkt. No. 46). A Memorandum of Points and Authorities, Declaration, and proposed Order are also submitted in further support of this Motion. Plaintiffs have attempted to confer with Defendants to resolve the instant matter with no success.

Dated: August 11, 2023

Respectfully submitted,

By: _____/s/_____
Jacob N. Szewczyk, (Va. Bar No. 89617)
Andrew Costa-Kelser, *Pro Hac Vice*
Jacqueline C. Canzoneri, *Pro Hac Vice*
**O'DONOGHUE & O'DONOGHUE LLP**
5301 Wisconsin Avenue, NW, Suite 800
Washington, D.C. 20016
Telephone No.: (202) 362-0041
Facsimile No: (202) 362-2640
jszewczyk@odonoghuelaw.com
akelser@odonoghuelaw.com
jcanzoneri@odonoghuelaw.com
*Counsel for the Plaintiffs*