**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

_____

)
ALAN N. VARA, et al.,                                                )
                                                                              )
              Plaintiffs,                                               )
                                                                              )
              v.                                                        ) CIVIL ACTION NO. 1:22-cv-01180
                                                                              )                    MSN-IDD
SKANSKA USA BUILDING INC. D/B/A                 )
SKANSKA, et al.,                                                     )
                                                                              )
              Defendants.                                            )
_____)

**<u>ORDER</u>**

Plaintiffs, having moved for an Order to Show Cause why Defendants DayCJ Plumbing &

Mechanical Inc. and Edgar Jimenez ("Defendants") should not be held in contempt of this Court and

upon consideration of the pleadings and evidence presented to the Court, it is this _____ day

of_____,2023, by the United States District Court for the Eastern District of Virginia,

Alexandria Division,

**ORDERED**:

1.        That the Defendants DayCJ Plumbing & Mechanical Inc. and Edgar Jimenez, appear

before this Court, 401 Courthouse Square, Alexandria, Virginia, Courtroom _____, on _____,

2023, at _____, and to then and there show cause why they should not be held in contempt of

this Court.

2.         Plaintiffs shall serve this Order on the Defendants via overnight delivery at the

Defendants' last known address.


_____

FOR THE COURT