UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| ALAN N. VARA, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CIVIL ACTION NO. 1:22-cv-01180 ) MSN-IDD |
| SKANSKA USA BUILDING INC. D/B/A SKANSKA, et al., | ) ) ) |
| Defendants. | ) ) |

**CERTIFICATE OF SERVICE**

I hereby certified that on this 11th day of August, 2023, a copy of the forgoing was filed using the Court CM/ECF, and mailed to:

DayCJ Plumbing & Mechanical Inc.
22421 Goshen School Road
Gaithersburg, MD 20882

Edgar Jimenez
22421 Goshen School Road
Gaithersburg, MD 20882

Edgar Jimenez
3400 Potomac Avenue, #1217
Arlington, VA 22202

By: _____/s/_____
Jacob N. Szewczyk, (Va. Bar No. 89617)