# EXHIBIT 2

# AFFIDAVIT OF SERVICE

## US District Court Eastern District of Virginia

Case Number: 1:22-CV-01180

**ALAN N. VARA et al.**
Plaintiff

v.

**SKANSKA USA BUILDING, INC. D/B/A SKANSKA et al.**
Defendant

Received by Scott Tilles to be served on **Norma Flores, Chief Administration Officer of Defendant Day CJ Plumbing and Mechanical, Inc. with its principal place of business located at 18201 Pinecroft Court, Gaithersburg, MD 20877.**

I, Scott Tilles, do hereby affirm that on the **4th day of August 2023, at 1:05pm at 3400 Potomac Avenue, #1217, Arlington, VA, I:**

**Individually served** the within named person, **Norma Flores,** with true copy of the <u>Subpoena to Testify at a Deposition in a Civil Action</u>, issued July 28, 2023, with the date and hour endorsed thereon by me, pursuant to the state statutes.

**Description** of person served: Age – 35, Sex – F, Race/Skin Color – Hisp, Height – 5'5", Weight – 140, Hair – Black, Glasses – No

I am over the age of 18 and have no interest in the above action.

I affirm under the penalty of perjury that the forgoing statements are true and correct to the best of my knowledge, information and belief.

_____                    8/6/23
**Scott Tilles**                                    Date
Private Process Server
1722 Canal Run Drive
Point of Rocks, MD 21777

# AFFIDAVIT OF SERVICE

## US District Court Eastern District of Virginia

Case Number: 1:22-CV-01180

**ALAN N. VARA et al.**
Plaintiff

v.

**SKANSKA USA BUILDING, INC. D/B/A SKANSKA et al.**
Defendant

Received by Scott Tilles to be served on **Edgar Jimenez, President of Defendant Day CJ Plumbing and Mechanical, Inc. with its principal place of business located at 18201 Pinecroft Court, Gaithersburg, MD 20877.**

I, Scott Tilles, do hereby affirm that on the **4th day of August 2023, at 1:05pm at 3400 Potomac Avenue, #1217, Arlington, VA, I:**

**Individually served** the within named person, **Edgar Jiminez,** with true copy of the <u>Subpoena to Testify at a Deposition in a Civil Action</u>, issued July 28, 2023, with the date and hour endorsed thereon by me, pursuant to the state statutes.

**Description** of person served: Age – 38, Sex – M, Race/Skin Color – Hisp, Height – 5'8", Weight – 200, Hair – Black, Glasses – No

I am over the age of 18 and have no interest in the above action.

I affirm under the penalty of perjury that the forgoing statements are true and correct to the best of my knowledge, information and belief.

**Scott Tilles**                          Date 8/6/23
Private Process Server
1722 Canal Run Drive
Point of Rocks, MD 21777